Cite as 2014 Ark. 155



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APRIL 10, 2014 SESSION OF THE ARKANSAS SUPREME COURT | **Opinion Delivered** April 3, 2014 |

## PER CURIAM

On April 10, 2014, the Supreme Court will convene at 9:00 a.m. at Northside High School, in Fort Smith, Arkansas.